

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-14-00023-CR

JAMES FRANKLIN KIRBY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 25159

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

## MEMORANDUM OPINION

James Franklin Kirby, appellant, has filed a motion to dismiss his appeal.  The motion was signed by both Kirby and his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 42.2(a).  As authorized by Rule 42.2(a), we grant the motion.

Accordingly, we dismiss this appeal.

Jack Carter
Justice

Date Submitted:      July 30, 2014
Date Decided:        July 31, 2014

Do Not Publish